MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**DAWN WEINAND**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Citation No.: 6:19-po-00291-JDP-1 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | ARRAIGNMENT; AND ORDER THEREON |
| vs. ) | |
| ) | Division: Eastern District, Fresno |
| ) | Magistrate: Hon. Jeremy D. Peterson |
| ) | Date: September 24, 2019 |
| DAWN WEINAND, ) | Time: 9:00 a.m. |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer

for the National Park Service, and, Defendant, DAWN WEINAND ("Ms. Weinand"), by and

through his attorney of record, Michael Mitchell, that the Arraignment in the above-captioned

matters set for September 24, 2019 at 9:00 a.m., be vacated, and the matter be set for

Arraignment on November 19, 2019 at 10:00 a.m.  This request is made due to the fact that Ms.

Weinand is a safety supervisor for an oil refinery.  Her supervisor is out on vacation on

September 24, 2019 and Ms. Weinand is unable to be absent from work on that day.

DATED: <u>September 16, 2019</u>            /s/ Michael E. Mitchell_____
                                     Michael E. Mitchell Attorney for Defendant
                                     DAWN WEINAND


DATED: <u>September 16, 2019</u>            /s/ Susan St. Vincent_____
                                     Susan St. Vincent, Acting Legal Officer
                                     National Park Service

**ORDER**

It is hereby ordered that the above request to vacate the Arraignment for Defendant DAWN WEINAND, now set for September 24, 2019 at 1:00 p.m. and continue the Arraignment to November 19, 2019 at 10:00 a.m., be granted.

IT IS SO ORDERED.

Dated: _____September 16, 2019_____          _____
                                             UNITED STATES MAGISTRATE JUDGE