Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAWN R. WEINAND,<br><br>　　　　　　　Defendant. | Case No.  6:19-po-00291-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

　　　　The parties having entered into a Deferred Prosecution Agreement, the United States hereby moves the Court for an order of dismissal without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated:  July 27, 2020　　　　　　　　　　　　/S/ Sean O. Anderson
　　　　　　　　　　　　　　　　　　　　　　　Sean O. Anderson
　　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the above-referenced matter, *United States v. Weinand*, 6:19-po-00291-JDP, be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   July 28, 2020                                                  _____
                                                                                          UNITED STATES MAGISTRATE JUDGE

2